No. 00–7318. HANSEN v. BARKER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7329. SEDGWICK v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7332. LANDA TAPIA v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 00–7336. WILLIAMS v. McCORD. C. A. 4th Cir. Certiorari denied.

No. 00–7337. WILSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–7338. WRIGHT v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7340. WEEKS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00–7343. WALSH v. WALSH ET AL.; and
No. 00–7623. WALSH v. WALSH. C. A. 1st Cir. Certiorari denied. Reported below: 221 F. 3d 204.

No. 00–7344. LAY v. LITSCHER. C. A. 7th Cir. Certiorari denied.

No. 00–7345. MALLETT v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–7346. THORNTON v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7347. YOUNG v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–7349. NEGRON v. ADAMS ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7352. MEEKS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.